UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEATRIZ AMEZCUA GODINEZ,<br><br>      Plaintiff,<br><br> v.<br><br>CUSTOM APPLE PACKERS, INC. and STARR RANCH GROWERS, LLC,<br><br>      Defendants. | NO: 2:22-CV-0011-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice. ECF No. 58. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that all claims brought by Plaintiff against Defendants shall be dismissed from this action with prejudice and without an award of attorneys' fees or costs to any of the parties. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion to Dismiss, ECF No. 58, is GRANTED.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims brought by Plaintiff against Defendants are **DISMISSED with prejudice** and without an award of attorneys' fees or costs to any of the parties.

3. All pending motions, hearing and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 1, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2